1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE STANLEY, an individual,<br><br>          Plaintiff,<br><br>    v.<br><br>KELLY SERVICES, INC., a Michigan corporation; CENTENE CORPORATION, a Missouri corporation; BRITTANY MOORE, an individual; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 2:20-cv-00456-KJM-CKD<br><br>**JOINT STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:      December 3, 2020<br>Time:     2:30 p.m.<br>Location: Robert T. Matsui U.S.<br>          Courthouse<br>          501 I Street<br>          Sacramento, CA 95814<br>          Courtroom 3, 15th Floor |

Pursuant to United States District Court, Eastern District of California Local Rule 143, the following Stipulation is entered into by Plaintiff Marie Stanley ("Plaintiff"), and Defendants Kelly Services, Inc. ("KSI") and Centene Corporation ("Centene") (KSI and Centene are, together, "Defendants") (Plaintiff and Defendants are, collectively, the "Parties") by and through their counsel of record:

WHEREAS, on February 28, 2020, the Court issued an Order Setting Status (Pretrial Scheduling) Conference for July 9, 2020 (ECF No.7);

WHEREAS, on April 3, 2020, KSI filed a Motion to Compel Arbitration and Stay Proceedings ("KSI's Motion") (ECF No. 13);

WHEREAS, on April 9, 2020, Centene filed a Motion to Compel Arbitration and Dismiss Or Stay Proceedings and Joinder to KSI's Motion ("Centene's Motion") (ECF No. 17) (together, KSI's Motion and Centene's Motion are referred to herein as the "Motions");

WHEREAS, the Motions have been fully briefed and are pending before the Court;

WHEREAS, there was a Status (Pretrial Scheduling) Conference scheduled in this matter for July 9, 2020;

WHEREAS, on June 24, 2020, the Parties filed a Stipulation and (Proposed) Order to continue the July 9, 2020 Status (Pretrial Scheduling) conference in light of the pending Motions (ECF No. 24);

WHEREAS, the Court issued a Minute Order on July 1, 2020, resetting the July 9, 2020 Status (Pretrial Scheduling) Conference for October 8, 2020;

WHEREAS, on September 21, 2020, the Court issued a Minute Order resetting the October 8, 2020 Status (Pretrial Scheduling) Conference for December 3, 2020 in light of the pending Motions (ECF No. 28);

WHEREAS, the Motions remain pending;

WHEREAS, the Parties seek to preserve the time and resources of the Parties and the Court in the event that the Court grants the Motions;

IT IS HEREBY STIPULATED AS FOLLOWS:

The December 3, 2020 Status (Pretrial Scheduling) Conference is continued to

February 11, 2021, or to such a date following the Court's rulings on KSI's Motion and Centene's Motion as the Court may set. The deadlines to complete pre-Status Conference tasks, including, but not limited to, the Parties meeting and conferring as contemplated by Federal Rule of Civil Procedure 26 and Local Rule 240(b) and submission of a Joint Status Report that includes the Rule 26(f) discovery plan, are similarly continued to dates consistent with the continued February 11, 2021 Status Conference.

DATED: November 16, 2020                   Respectfully submitted,

                                           SETAREH LAW GROUP

                                           By:   /s/ Thomas Segal
                                           Shaun Setareh
                                           Thomas Segal
                                           Farrah Grant
                                           Attorneys for Plaintiff MARIE STANLEY

DATED: November 16, 2020                   Respectfully submitted,

                                           LITTLER MENDELSON, P.C.

                                           By:   /s/ Nathaniel Jenkins
                                           Richard R. Gray
                                           Nathaniel H. Jenkins
                                           Attorneys for Defendant CENTENE CORPORATION

DATED: November 16, 2020                   Respectfully submitted,

                                           SEYFARTH SHAW LLP

                                           By: /s/ Kiran S. Lopez
                                           Jamie C. Pollaci
                                           Kiran S. Lopez
                                           Attorneys for Defendant KELLY SERVICES, INC.

## ATTESTATION

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 16, 2020                              /s/ Kiran S. Lopez
                                                      Kiran S. Lopez

ORDER

The Court grants the parties' joint stipulation, ECF No. 30, VACATES the December 3, 2020 Status (Pretrial Scheduling) Conference and RESETS it for February 11, 2021, with the filing of a joint status report due 14 days prior.

IT IS SO ORDERED.

Dated: November 18, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE